IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENE CAZARES,** | CIV S-05-0625 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **W.J. SULLIVAN, et al.,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 12, 2005.

DATED: June 10, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
caza0625.eot