IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

    Petitioner,                           No. CIV S-05-0625 FCD DAD P

    vs.

W.J. SULLIVAN, et al.,

    Respondents.                     <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus 28 U.S.C. § 2254. Petitioner has paid the filing fee. On August 9, 2006, the court directed petitioner to file his motion for a stay and abeyance or, in the absence of such a motion, the court would proceed with the claims in petitioner's third amended complaint which was filed on July 14, 2006. On September 14, 2006, petitioner filed a notice indicating that he had recently exhausted his previously unexhausted claims before the California Supreme Court. Petitioner also filed a fourth amended petition which appears to contain only his recently exhausted claims. Petitioner is advised that he will be required to file a fifth amended petition which contains all of his claims (i.e. both the original claims and those that have recently been exhausted) in a single petition. Local Rule 15-220 requires that an amended pleading be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended pleading

1

supersedes the original pleading.  See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  In the alternative, petitioner may notify the court that the fourth amended petition contains all of the claims which petitioner intends to pursue in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a fifth amended petition which contains all of his claims in that document; petitioner shall use the form petition provided by the court and the fifth amended petition must comply with the requirements of the Federal Rules of Civil Procedure; the fifth amended petition must bear the docket number assigned this case and must be labeled "Fifth Amended Petition;" petitioner must file an original and one copy of the fifth amended application;

2. In the alternative, within thirty days from the date of service of this order, petitioner may file a notice which clarifies that the fourth amended petition, filed on September 14, 2006, contains all of the claims petitioner intends to pursue in this action;

3. The Clerk of the Court shall provide petitioner with the court's form petition for a writ of habeas corpus; and

4. Petitioner's failure to comply with this order will result in the dismissal of this action.

DATED: September 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
caza0625.amd5

2