IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENE CAZARES,** | CIV S-05-0625 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **W.J. SULLIVAN, et. al.,** | |
| Respondent. | |

Respondents have requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including March 8, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: February 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
caza0625.eot3