IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

    Petitioner,                    No. CIV S-05-0625 FCD DAD P

    vs.

W.J. SULLIVAN, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner has filed his third request for an extension of time to file his traverse pursuant to the court's order of November 9, 2006. Petitioner requests a ninety day extension. In the interest of justice, the request will be granted. No further extensions of time will be granted for this purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 11, 2007 request for an extension of time is granted; and

        2. Petitioner is granted ninety days from the date of this order in which to file his traverse.

DATED: June 26, 2007.

                                                                      DALE A. DROZD
                                                                      UNITED STATES MAGISTRATE JUDGE

DAD:4
caza0625.111trav