IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

        Petitioner,                    No. CIV S-05-0625 FCD DAD P

    vs.

W.J. SULLIVAN, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner has filed his fourth request for an extension of time to file a traverse pursuant to the court's order of November 9, 2006. Petitioner contends that he has completed a rough draft and requests an additional thirty days. This request will be granted. In addition, petitioner requests leave to file ten additional pages beyond the 25-page limit. The court has not set a page limit for plaintiff's traverse; therefore, the request will be denied as unnecessary.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 31, 2007 request for an extension of time is granted;

        2. Petitioner shall file his traverse on or before October 23, 2007; and

/////

/////

/////

1

3. Petitioner's August 31, 2007 request for leave to file ten additional pages beyond the page limit is denied as unnecessary.

DATED: September 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
caza0625.111sec

2