IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

           Petitioner,          No. CIV S-05-0625 FCD DAD P

    vs.

W.J. SULLILVAN, et al.,

           Respondents.    <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding pro se with a fifth amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 13, 2007, petitioner filed a letter requesting that he be granted leave to file a supplement to his traverse.  The court will grant the request.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Petitioner's November 13, 2007 letter requesting leave to file a supplement to his traverse is granted; and

/////

/////

/////

/////

1

1          2.  Within thirty days from the date of service of this order, petitioner shall file his

2    supplement to his traverse.

3    DATED: November 20, 2007.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7    DAD;4
     caza0625.supp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2