IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

    Petitioner,　　　　　　No. CIV S-05-0625 FCD DAD P

  vs.

W.J. SULLILVAN, et al.,

    Respondents.　　　　　　<u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with a fifth amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 26, 2007, petitioner filed a letter requesting that he be granted leave to file a supplement to his traverse. The court will grant the request.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's December 26, 2007 letter requesting leave to file a supplement to his traverse is granted; and

/////

/////

/////

/////

1

        2. Within thirty days from the date of service of this order, petitioner shall file his supplement to his traverse.

DATED: January 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
caza0625.2supp