IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE CAZARES,

      Petitioner,           No. CIV S-05-0625 FCD DAD P

  vs.

W. J. SULLIVAN, et al.,

      Respondents.      ORDER
_____/

      Petitioner has requested an extension of time to file objections to the February 26, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 18, 2009 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file objections to the February 26, 2009 findings and recommendations

DATED: March 19, 2009.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:8:cazares625.ext